JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELISSA ZINNER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant.<br>_____ | NO. CV 10-09112 RZ<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

   IT IS ORDERED that EAJA fees are awarded in the amount of three thousand, four hundred dollars and no cents ($3,400.00), and costs in the amount of three hundred fifty dollars and no cents ($350.00), ~~subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.~~

Dated:  January 25, 2012            _____
                                    HON. RALPH ZAREFSKY
                                    UNITED STATES MAGISTRATE JUDGE